# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                             Crim. No. 5:11-CR-109-1H

YDANIA ALTAGRACIA SOSA

    On June 24, 2009, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                           Respectfully submitted,


/s/Jeffrey L. Keller                                                /s/Scott Plaster
Jeffrey L. Keller                                                       Scott Plaster
Supervising U.S. Probation Officer                    U.S. Probation Officer


## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _1st_ day of _December_, 2011.

_Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge